# JACOB LAUFER P.C.
### 65 BROADWAY
### SUITE 1005
### NEW YORK, NEW YORK 10006

JACOB LAUFER*

MARK ELLIS
SHULAMIS PELTZ
AKIVA GOLDBERG

* Also admitted in the District of Columbia

TELEPHONE (212) 422-8500

FAX (212) 422-9038

October 3, 2022

Via ECF

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: U.S. v. Welber, 22 Cr. 204 (ARR)

Dear Judge Ross,

    I write as attorney for defendant Agneta Welber to respectfully request that the status conference now scheduled for October 12, 2022, be adjourned for a period of approximately 30 days for me to continue discussions with the Government regarding a resolution of this case.

    These discussions are complicated by Ms. Welber's poor health, and possible collateral consequences of any plea that would impact her ability to sustain herself, including health benefits, and her invalid sister for whom she cares.

    I have spoken with A.U.S.A. Bowman, who advises that the Government consents to this request. If the Court grants this request, Ms. Welber would, of course, consent to an order of excludable delay.

    Thank you for the Court's consideration of this request.

Very truly yours,

*Jacob Laufer*

JACOB LAUFER

cc: A.U.S.A. Lauren Bowman (via ECF)