## JACOB LAUFER P.C.
### 65 BROADWAY
### SUITE 1005
### NEW YORK, NEW YORK 10006

JACOB LAUFER*

MARK ELLIS
SHULAMIS PELTZ
AKIVA GOLDBERG

TELEPHONE (212) 422-8500

FAX (212) 422-9038

\* Also admitted in the District of Columbia

November 8, 2022

Via ECF

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: U.S. v. Welber, 22 Cr. 204 (ARR)

Dear Judge Ross,

    I write as attorney for defendant Agneta Welber to respectfully request the Court's permission either to waive Ms. Welber's personal attendance at the forthcoming November 10th conference, or alternatively to permit Ms. Welber to attend that conference remotely.

    The reason for this request is that Ms. Welber's health makes it difficult for her to travel.

    Thank you for the Court's consideration of this request.

Very truly yours,

/s/ Jacob Laufer

JACOB LAUFER

cc: A.U.S.A. Lauren Bowman (via ECF)